**SIGNED.**

**Dated: August 14, 2018**



_____
**Paul Sala, Bankruptcy Judge**

Patrick T. Derksen (State Bar I.D. No. 023178)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com

Attorneys for Trustee, Jill H. Ford

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| KATIMA COCHIKA COOK, aka KATIMA COCHIKA LEWIS, | ) Case No. 2:18-bk-01156-PS |
| | ) |
| | ) **ORDER APPROVING JOINT MOTION** |
| Debtor. | ) **TO APPROVE SETTLEMENT,** |
| | ) **PURSUANT TO FED. R. BANKR. P. 9019** |

This matter having come before the Court on the *Joint Motion to Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019* filed on July 18, 2018 at Docket No. 33 ("Motion") by the Chapter 7 trustee, Jill H. Ford ("Trustee"), by and through her attorneys, Witthoft Derksen, P.C., and the debtor Katima Cochika Cook ("Debtor"), by and through her attorneys, Neeley Law Firm, PLC; the Motion having been properly noticed as evidenced by the *Certificate of Mailing* on file with the Court at Docket No. 35; there having been no objection to the Motion filed with the Court; and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

A. In satisfaction of the claims with respect to the Transfer (as defined in the Motion), Debtor shall pay the Trustee $7,000.00, (the "Settlement Amount") as follows:

 a. The Debtor shall pay the Trustee $388.89 on or before August 15, 2018.

 b. The Debtor shall pay the Trustee $388.89 on or before September 15, 2018.

 c. The Debtor shall pay the Trustee $388.89 on or before October 15, 2018.

 d. The Debtor shall pay the Trustee $388.89 on or before November 15, 2018.

| | | |
|---|---|---|
|1| e. | The Debtor shall pay the Trustee $388.89 on or before December 15, 2018. |
|2| f. | The Debtor shall pay the Trustee $388.89 on or before January 15, 2019. |
|3| g. | The Debtor shall pay the Trustee $388.89 on or before February 15, 2019. |
|4| h. | The Debtor shall pay the Trustee $388.89 on or before March 15, 2019. |
|5| i. | The Debtor shall pay the Trustee $388.89 on or before April 15, 2019. |
|6| j. | The Debtor shall pay the Trustee $388.89 on or before May 15, 2019. |
|7| k. | The Debtor shall pay the Trustee $388.89 on or before June 15, 2019. |
|8| l. | The Debtor shall pay the Trustee $388.89 on or before July 15, 2019. |
|9| m. | The Debtor shall pay the Trustee $388.89 on or before August 15, 2019. |
|10| n. | The Debtor shall pay the Trustee $388.89 on or before September 15, 2019. |
|11| o. | The Debtor shall pay the Trustee $388.89 on or before October 15, 2019. |
|12| p. | The Debtor shall pay the Trustee $388.89 on or before November 15, 2019. |
|13| q. | The Debtor shall pay the Trustee $388.89 on or before December 15, 2019. |
|14| r. | The Debtor shall pay the Trustee $388.87 on or before January 15, 2020. |

s. The Settlement Amount shall be paid in the form of checks in good funds made payable to "Jill H. Ford, Trustee" and delivered to the Trustee's office at P.O. Box 5845 Carefree, Arizona 85377, on or before the above-described due dates.

B. Debtor acknowledges and agrees that nothing contained herein is a release or waiver of (a) the estate's rights to any of Debtor's state and federal tax refunds, or (b) Debtor's obligation to turnover the bankruptcy estate's portion of any of Debtor's state and federal tax refunds.

C. The Debtor assigns and transfers to the Trustee all of her right, title and interest in and to all Federal and State income tax refunds to which Debtor may be entitled for 2018 to be applied to the payment of the Settlement Amount. Until the Settlement Amount is paid in full, the Debtor shall continue to make the payments specified in Paragraph A above, notwithstanding the Trustee's receipt of any tax refunds assigned hereunder. Upon full payment

1 of the Settlement Amount, the Debtor shall be entitled to any remaining balance of the tax
2 refunds assigned hereunder.

3     D.    Time is of the essence with regard to Debtor's payment obligations set forth
4 herein.  If Debtor fails to make any payment due hereunder in full within ten (10) days after it
5 first becomes due or otherwise defaults in her obligations hereunder, then the Trustee may,
6 immediately and without further notice, submit a proposed form of judgment against Debtor in
7 an amount equal to $7,000.00 <u>less</u> the portion of the Settlement Amount paid <u>plus</u> the estate's
8 attorneys' fees and costs incurred in seeking recovery of the Transfer and the Settlement
9 Amount (the "<u>Judgment</u>"), which Debtor consents and agrees may be entered by the Court.

10     E.    Once this Order becomes final and non-appealable and upon the full and timely
11 payment of all amounts due from the Debtor pursuant to the Motion, the Trustee shall be
12 deemed to have released any and all claims regarding the Transfer.

13     F.    Debtor releases and waives any and all claims he may now have or ever has had in
14 law or equity arising under state or federal law against the estate, the Trustee, her attorneys and
15 her employees.

16     **DATED AND SIGNED ABOVE.**