Patrick T. Derksen (State Bar I.D. No. 023178)
Theodore P. Witthoft (State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com
Email: twitthoft@wdlawpc.com

Attorneys for Trustee, Jill H. Ford

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| KATIMA COCHIKA COOK, aka KATIMA COCHIKA LEWIS, | Case No. 2:18-bk-01156-PS |
| Debtor. | **TRUSTEE'S MOTION FOR ENTRY OF JUDGMENT AGAINST KATIMA COCHIKA COOK** |

The chapter 7 trustee Jill H. Ford ("Trustee"), through her attorneys, Witthoft Derksen, P.C., submits this motion for entry of judgment against debtor Katima Cochika Cook ("Debtor") in the amount of $6,611.11 plus attorneys' fees in the amount of $2,746.50 and costs in the amount of $60.19. Debtor is in default of the terms of the *Order Approving Joint Motion to Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019* entered on August 14, 2018 at Docket No. 38 (the "Order"). This Motion is supported by the accompanying Memorandum of Points and Authorities, the attached Exhibits, and the entire record before the Court, all of which are incorporated herein by this reference.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**BACKGROUND**

1. Debtor filed her voluntary bankruptcy petition under chapter 7 of the United States Bankruptcy Code on February 7, 2018 ("Petition Date").

2. Ms. Ford is the duly appointed chapter 7 trustee of Debtor's bankruptcy case.

3. The Trustee, through her counsel, and the Debtor, through her counsel, filed a *Joint Motion to Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019* on July 18, 2018 at Docket No. 33 ("Settlement Motion").

4. The Settlement Motion was approved pursuant to the Order, which was entered on August 14, 2018 at Docket No. 38.

5. Pursuant to the Order, among other things, Debtor is required to pay the Trustee $7,000.00 (the "Settlement Amount") in installments on the terms set forth in the Order. *See*, Docket No. 38 at p. 1, Line 21 – p. 2, Line 14.

6. Pursuant to the Order, if Debtor fails to make any payment due pursuant to the Order in full within ten (10) days after it first becomes due, then the Trustee may, immediately and without further notice, submit a form of judgment against Debtor in an amount equal to $7,000.00 less the portion of the Settlement Amount paid plus the estate's attorneys' fees and costs incurred in seeking recovery of the Transfer (as defined in the Settlement Motion) and the Settlement Amount (the "Judgment"), which Debtor consents and agrees may be entered by the Court. *See*, Docket No. 38 at p. 3, Lines 3 – 9.

7. As of April 15, 2019, Debtor was required to pay $3,500.01 of the Settlement Amount. *See*, Docket No. 38 at p. 1, Line 21 – p. 2, Line 5.

8. As of the date of this Motion, Debtor has only paid $388.89 of the Settlement Amount.

9. Debtor has failed to pay $3,111.12 of the Settlement Amount due to the estate as of April 15, 2019.

10. Debtor is in default under the Order because Debtor has failed to pay $3,111.12 of the Settlement Amount due to the estate as of April 15, 2019.

11. As of the date of this Motion, $6,611.11 is the unpaid balance of the Settlement Amount.

12. Undersigned counsel for the Trustee sent correspondence to Debtor's counsel on February 16, 2019, advising of the default and demanding cure by paying the amount due. A copy of the correspondence dated February 16, 2019 is attached hereto as **Exhibit A** and incorporated herein by this reference.

13. Debtor has not cured the default.

14. Debtor has forced the Trustee to incur attorneys' fees and costs in seeking recovery of the Transfer and the Settlement Amount.

15. Trustee's counsel, Witthoft Derksen, P.C., has incurred at least $2,746.50 of attorneys' fees and $60.19 of costs in seeking recovery of the Transfer and the Settlement Amount. *See*, *Declaration of Patrick T. Derksen* attached hereto as **Exhibit B** and incorporated herein by this reference.

## **LEGAL ARGUMENT**

### **The Trustee Is Entitled to Judgment Against the Debtor**

16. Pursuant to 11 U.S.C. § 105, the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the Bankruptcy Code.

17. Pursuant to the Order, Debtor consented to and agreed to a monetary judgment against her in an amount equal to in an amount equal to $7,000.00 less the portion of the Settlement Amount paid plus the estate's attorneys' fees and costs incurred in seeking recovery of the Transfer and the Settlement Amount if Debtor defaulted under the Order. *See*, Docket No. 38 at p. 3, Lines 3 – 9.

18. As of April 15, 2019, Debtor was required to pay $3,500.01 of the Settlement Amount. *See*, Docket No. 38 at p. 1, Line 21 – p. 2, Line 5.

19. As of the date of this Motion, Debtor has only paid $388.89 of the Settlement Amount.

20. Debtor has failed to pay $3,111.12 of the Settlement Amount due to the estate as of April 15, 2019.

21. Debtor is in default under the Order because Debtor has failed to pay $3,111.12 of the Settlement Amount due to the estate as of April 15, 2019.

22. As of the date of this Motion, $6,611.11 is the unpaid balance of the Settlement Amount.

23. Debtor has not cured the default.

24. Debtor has forced the Trustee to incur attorneys' fees and costs in seeking recovery of the Transfer and the Settlement Amount.

25. Trustee's counsel, Witthoft Derksen, P.C., has incurred at least $2,746.50 of attorneys' fees and $60.19 of costs in seeking recovery of the Transfer and the Settlement Amount.

26. Accordingly, it is appropriate for the Court to enter a monetary judgment against the Debtor in the amount of $6,611.11 plus $2,746.50 for attorneys' fees and $60.19 for costs, which Debtor consented and agreed shall be entered by the Court. A proposed form of Judgment is attached hereto as **Exhibit C** and incorporated herein by this reference and is being lodged concurrently herewith.

## **CONCLUSION**

WHEREFORE, the Trustee respectfully requests this Court enter Judgment against Debtor in the amount of $6,611.11 plus $2,746.50 for attorneys' fees and $60.19 for costs, and for such other and further relief this Court deems just and proper under the circumstances of this case. A proposed Judgment is lodged concurrently herewith.

Respectfully submitted this 30th day of April, 2019.

**WITTHOFT DERKSEN, P.C.**

By /s/ Patrick T. Derksen     #023178
   Patrick T. Derksen
   Attorneys for Trustee, Jill H. Ford

| | |
|---|---|
| 1 | Copy of the foregoing *e-mailed/mailed |
| 2 | this 30th day of April, 2019, to: |
| 3 | *Larry Watson, Esq.<br>United States Trustee's Office |
| 4 | 230 N. First Avenue, Suite 204<br>Phoenix, Arizona 85003-1706 |
| 5 | Larry.Watson@usdoj.gov |
| 6 | *Jill H. Ford<br>P.O. Box 5845 |
| 7 | Carefree, Arizona 85377<br>Chapter 7 Trustee |
| 8 | jford@trustee.phxcoxmail.com; AZ31@ecfcbis.com |
| 9 | Katima Cochika Cook<br>451 S. Hawes Rd., #5 |
| 10 | Mesa, AZ 85208<br>Debtor |
| 11 | |
| 12 | *Kenneth L. Neeley<br>*Nicholas T. Van Vleet |
| 13 | Neeley Law Firm, PLC<br>2250 E. Germann Rd., Ste. 11 |
| 14 | Chandler, AZ 85286<br>ecf@neeleylaw.com |
| 15 | nick@neeleylaw.com<br>Attorneys for Debtor |
| 16 | |
| 17 | |
| 18 | /s/ Patrick Derksen |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

# Exhibit A

# Patrick Derksen

| | |
|---|---|
| **From:** | Patrick Derksen |
| **Sent:** | Saturday, February 16, 2019 1:03 PM |
| **To:** | Nick Van Vleet |
| **Cc:** | Paralegal |
| **Subject:** | Cook; Case No. 18-01156; Notice of Default and Demand for Cure |
| **Attachments:** | Order re settlement motion.Cook [DE 38].pdf |

Dear Nick:

As you will recall, this firm represents the chapter 7 trustee, Jill H. Ford ("Trustee"), in the Katima Cook ("Debtor") bankruptcy case. Pursuant to the attached Order, Debtor is required to pay $7,000.00 (the "Settlement Amount") in monthly installments of $388.89 to the Trustee on the first day of each calendar month, commencing August 1, 2018. To date, Debtor has only made one installment payment. Debtor has failed to pay six of the monthly installments due (from September 1, 2018 through February 1, 2019) in the total amount of $2,333.34. As a result, Debtor is in default under the attached Order.

The Trustee hereby demands that Debtor immediately cure the default by paying the amount of $2,333.34 to the Trustee by **5:00 p.m. (Phoenix time)** on **February 28, 2019**. The $2,333.34 due is to be paid by a check in good funds made payable to "Jill H. Ford, Trustee" and delivered to the Trustee's office at P.O. Box 5845, Carefree, Arizona 85377, on or before February 28, 2019. If payment in full is not received by the foregoing deadline, then the Trustee may pursue any and all appropriate remedies. Among other things, the attached Order provides that if Debtor fails to make any payment within ten (10) days after it first becomes due, then the Trustee may, immediately and without further notice, submit a form of judgment against Debtor in an amount equal to $7,000.00 less the portion of the Settlement Amount paid plus the estate's attorneys' fees and costs incurred in seeking recovery of the Transfer and the Settlement Amount (*See*, p. 3, Par. D of the attached Order). Hopefully it does not come to that. Thank you.

- Patrick

**PATRICK T. DERKSEN** | Shareholder

WITTHOFT DERKSEN, P.C.
TELEPHONE: (602) 774-3555 | FACSIMILE: (602) 357-7476 | E-MAIL: pderksen@wdlawpc.com
3550 NORTH CENTRAL AVENUE, SUITE 1006 | PHOENIX, ARIZONA 85012

This message and any of the attached documents contain information from the law firm of Witthoft Derksen, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

---

**From:** Patrick Derksen
**Sent:** Tuesday, August 14, 2018 2:27 PM
**To:** Nick Van Vleet <nick@neeleylaw.com>
**Subject:** Cook; Case No. 18-01156; Order on Motion to Approve Compromise/Settlement

Dear Nick:

As you probably saw, the attached Settlement Order was entered today. As a reminder, Debtor is to pay $7,000.00, (the "Settlement Amount") to the Trustee as follows: (a) $388.89 by August 15, 2018; (b) $388.89 by September 15, 2018; (c) $388.89 by October 15, 2018; (d) $388.89 by November 15, 2018; (e) $388.89 by December 15, 2018; (f) $388.89 by

January 15, 2019; (g) $388.89 by February 15, 2019; (h) $388.89 by March 15, 2019; (i) $388.89 by April 15, 2019; (j) $388.89 by May 15, 2019; (k) $388.89 by June 15, 2019; (l) $388.89 by July 15, 2019; (m) $388.89 by August 15, 2019; (n) $388.89 by September 15, 2019; (o) $388.89 by October 15, 2019; (p) $388.89 by November 15, 2019; (q) $388.89 by December 15, 2019; and (r) $388.87 by January 15, 2020.

All payments should be by a check in good funds made payable to "Jill H. Ford, Trustee" and delivered directly to the Trustee's office at P.O. Box 5845 Carefree, Arizona 85377, on or before the above-described due dates.

Debtor also assigns her portion of any 2018 tax refunds to the Trustee to be applied to the payment of the Settlement Amount.

Please let me know if there are any questions. Thanks.

- Patrick

**PATRICK T. DERKSEN** | Shareholder

WITTHOFT DERKSEN, P.C.
TELEPHONE: (602) 774-3555 | FACSIMILE: (602) 357-7476 | E-MAIL: pderksen@wdlawpc.com
3550 NORTH CENTRAL AVENUE, SUITE 1006 | PHOENIX, ARIZONA 85012

This message and any of the attached documents contain information from the law firm of Witthoft Derksen, P.C., that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

**From:** ecf_support@azb.uscourts.gov <ecf_support@azb.uscourts.gov>
**Sent:** Tuesday, August 14, 2018 1:35 PM
**To:** CourtMail@azb.uscourts.gov
**Subject:** 2:18-bk-01156-PS Order on Motion to Approve Compromise/Settlement

Do not reply to this message as replies are routed to an unmonitored mailbox. Thank you.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**District of Arizona**

Notice of Electronic Filing

The following transaction was received from Leary, Sharon entered on 8/14/2018 at 1:34 PM AZ and filed on 8/14/2018
**Case Name:** KATIMA COCHIKA COOK
**Case Number:** 2:18-bk-01156-PS
**Document Number:** 38

**Docket Text:**
**ORDER** Granting Motion to Approve Compromise/Settlement (Related Doc # [33]) signed on 8/14/2018 . (Leary, Sharon)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Order_re_settlement_motion.Cook.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=8/14/2018] [FileNumber=42230625-0
] [6cd0bd4b1d236ff75283e0feb92da5550e8ca1a5be3b041b46b03cefc1a893e1be2
9c6e8da34cf1d38c5f7ff137e6f738efdad200a61467841532b58832d20b5]]

**2:18-bk-01156-PS Notice will be electronically mailed to:**

PATRICK T. DERKSEN on behalf of Trustee JILL H. FORD
pderksen@wdlawpc.com, abourassa@wdlawpc.com

JILL 1 FORD on behalf of Trustee JILL H. FORD
jford@trustee.phxcoxmail.com

JILL H. FORD
jford@trustee.phxcoxmail.com, AZ31@ecfcbis.com,jford@trustee.phxcoxmail.com

KENNETH L NEELEY on behalf of Debtor KATIMA COCHIKA COOK
ecf@neeleylaw.com, ign@neeleylaw.com,r50688@notify.bestcase.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

SARA R. WITTHOFT on behalf of Trustee JILL H. FORD
switthoft@wdlawpc.com, abourassa@wdlawpc.com

**2:18-bk-01156-PS Notice will not be electronically mailed to:**

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

Conn Appliances, Inc.
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-1245

# Exhibit B

Patrick T. Derksen (State Bar I.D. No. 023178)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com

Attorneys for Trustee, Jill H. Ford

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| KATIMA COCHIKA COOK, aka KATIMA COCHIKA LEWIS, | ) Case No. 2:18-bk-01156-PS |
| Debtor. | ) **DECLARATION OF PATRICK T. DERKSEN** |

I, Patrick T. Derksen, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a partner of the law firm of Witthoft Derksen, P.C. ("Witthoft Derksen").

2. Witthoft Derksen represents the Chapter 7 Trustee, Jill H. Ford ("Trustee"), in the Katima Cochika Cook ("Debtor") bankruptcy case.

3. Pursuant to the *Order Approving Joint Motion to Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019* entered on August 14, 2018 at Docket No. 38 (the "Order"), among other things, Debtor is required to pay the Trustee $7,000.00 (the "Settlement Amount") in installments on the terms set forth in the Order. *See*, Docket No. 38 at p. 1, Line 21 – p. 2, Line 14.

4. Pursuant to the Order, if Debtor fails to make any payment due pursuant to the Order in full within ten (10) days after it first becomes due, then the Trustee may, immediately and without further notice, submit a form of judgment against Debtor in an amount equal to

$7,000.00 <u>less</u> the portion of the Settlement Amount paid <u>plus</u> the estate's attorneys' fees and costs incurred in seeking recovery of the Transfer (as defined in the Settlement Motion) and the Settlement Amount (the "<u>Judgment</u>"), which Debtor consents and agrees may be entered by the Court. *See*, Docket No. 38 at p. 3, Lines 3 – 9.

    5.    As of April 15, 2019, Debtor was required to pay $3,500.01 of the Settlement Amount. *See*, Docket No. 38 at p. 1, Line 21 – p. 2, Line 5.

    6.    As of the date of this Declaration, Debtor has only paid $388.89 of the Settlement Amount.

    7.    Debtor has failed to pay $3,111.12 of the Settlement Amount due to the estate as of April 15, 2019.

    8.    Debtor is in default under the Order because Debtor has failed to pay $3,111.12 of the Settlement Amount due to the estate as of April 15, 2019.

    9.    As of the date of this Declaration, $6,611.11 is the unpaid balance of the Settlement Amount.

    10.    Debtor has forced the Trustee to incur attorneys' fees and costs in seeking recovery of the Transfer and the Settlement Amount.

    11.    Trustee's counsel, Witthoft Derksen, P.C., has incurred at least $2,746.50 of attorneys' fees and $60.19 of costs in seeking recovery of the Transfer and the Settlement Amount. A detailed statement of the foregoing attorneys' fees and costs is attached hereto as **Exhibit 1** and incorporated herein by this reference.

Dated this 30th day of April, 2019.

**WITTHOFT DERKSEN, P.C.**

By /s/ Patrick T. Derksen    #023178
    Patrick T. Derksen
    Theodore P. Witthoft
    Attorneys for Trustee, Jill H. Ford

# Exhibit 1

| Date | Received From/Paid To | Explanation | Disbs | Fees |
|---|---|---|---|---|
| May 9/2018 | Lawyer: SRW 0.20 Hrs X 350.00 | Email to Teresa Maloney at Neeley Firm to follow up regarding requested documents and information regarding gift to debtor's daughter listed on Statement of financial affairs. | $ - | $ 70.00 |
| May 11/2018 | Lawyer: SRW 0.90 Hrs X 350.00 | Review documents and information provided by debtor in request to gift to debtor's daughter listed on Statement of financial affairs, analyze same, and email to Nick Van Vleet regarding Trustee's intent to pursaunt claim against daughter for constructively fraudulent transfer. | $ - | $ 315.00 |
| May 18/2018 | Lawyer: SRW 0.40 Hrs X 350.00 | Emails from and to Nick Van Vleet regarding debtor's offer to settlement constructively fraudulent transfer claim, and email to Van Vleet to follow upon terms of said offer. | $ - | $ 140.00 |
| May 22/2018 | Lawyer: SRW 0.20 Hrs X 350.00 | Email to Nick Van Vleet to follow up regarding settlement negotiation with respect to fraudulent conveyance claim against debtor's daughter. | $ - | $ 70.00 |
| May 31/2018 | Lawyer: SRW 0.20 Hrs X 350.00 | Emails from and to Nick Van Vleet regarding settlement negotiation with respect to fraudulent conveyance claim against debtor's daughter. | $ - | $ 70.00 |
| Jun 4/2018 | Lawyer: SRW 0.20 Hrs X 350.00 | Emails from and to Nick Van Vleet regarding alternate settlement offers. | $ - | $ 70.00 |
| Jun 14/2018 | Lawyer: SRW 0.20 Hrs X 350.00 | Email to Trustee regarding investigation of constructive fraudulent transfer claim against debtor's daughter and alternate settlement offers received from debtor's counsel. | $ - | $ 70.00 |
| Jun 27/2018 | Lawyer: SRW 0.20 Hrs X 350.00 | Follow up email to trustee regarding debtor's alternate offers to settle fraudulent transfer claim against debtor's daughter. | $ - | $ 70.00 |
| Jul 2/2018 | Lawyer: PTD 0.10 Hrs X 350.00 | Prepare for telephone call and telephone call to Trustee regarding settlement offer to resolve fraudulent transfer claim and related issues. | $ - | $ 35.00 |
| Jul 5/2018 | Lawyer: AB 0.70 Hrs X 195.00 | Begin preparation of Joint Motion to Approve settlement regarding $10,000 transfer from Debtor to Jazaray Bryant for payoff of vehicle (.7). | $ - | $ 136.50 |
| Jul 10/2018 | Lawyer: SRW 0.50 Hrs X 350.00 | Revise draft settlement motion and email forwarding same to Nick Van Vleet for review. | $ - | $ 175.00 |
| Jul 17/2018 | Lawyer: SRW 0.10 Hrs X 350.00 | Email to Nick Van Vleet to follow up regarding review of draft settlement motion. | $ - | $ 35.00 |
| Jul 18/2018 | Lawyer: SRW 0.60 Hrs X 350.00 | Review email from Nick Van Vleet regarding draft settlement motion (.1); revise and finalize settlement motion and email to N. Van Vleet regarding same (.3); prepare notice of joint settlement motion (.2) | $ - | $ 210.00 |
| Jul 18/2018 | Expense Recovery | Postage | $ 59.22 | $ - |

| Date | Lawyer/Type | Description | Expense | Fee |
|---|---|---|---|---|
| Jul 18/2018 | Lawyer: AB  0.50 Hrs X 195.00 | Finalize settlement motion withDebtor regarding $10,000 transfer from Debtor to Jazaray Bryant for payoff of vehicle (.1); finalize bar date notice of same (.1); prepare and finalize certificate of mailing of motion and notice (.1); correspondence to parties regarding same (.1); obtain master mailing list for service of notice (.1). | $ - | $ 97.50 |
| Jul 31/2018 | Expense Recovery | Pacer | $ 0.50 | $ - |
| Aug 14/2018 | Expense Recovery | Postage | $ 0.47 | $ - |
| Aug 14/2018 | Lawyer: AB  0.50 Hrs X 195.00 | Prepare and finalize certificate of service and no objections, notice of lodging and Order approving joint motion approve settlement withDebtor (.3); correspondence to parties regarding same (.1); obtain current docket to review for potential objections to motion (.1). | $ - | $ 97.50 |
| Aug 14/2018 | Lawyer: PTD  0.20 Hrs X 350.00 | Review and amend Order approving settlement motion, review and amend Certificate of Service and No Objections and review pleadings and docket in connection with same. | $ - | $ 70.00 |
| Aug 14/2018 | Lawyer: PTD  0.20 Hrs X 350.00 | Review signed order approving settlement between Trustee andDebtor and correspondence to Debtor's counsel, N. Van Vleet, forwarding signed Orderand reiterating payment obligations pursuant to same. | $ - | $ 70.00 |
| Feb 16/2019 | Lawyer: PTD  0.30 Hrs X 350.00 | Review and analyze correspondence from Trustee regarding Debtor default for failure to pay settlement amount installments, calculatearrearages/cure amount, review Settlement Order regarding Debtor obligations and estate rights upon Debtor default andstrategize regarding course of action to address default issues. | $ - | $ 105.00 |
| Feb 16/2019 | Lawyer: PTD  0.30 Hrs X 350.00 | Correspondence to Debtor's counsel, N. Van Vleet, regarding Debtor default for failure to pay settlement amount installments, actions necessary to cure, demanding cure of default and regarding estate remedies if Debtor fails to cure ongoing default under Settlement Order. | $ - | $ 105.00 |
| Feb 16/2019 | Lawyer: PTD  0.10 Hrs X 350.00 | Correspondence to Trustee regarding demand for cure to Debtor's counsel and related matters. | $ - | $ 35.00 |
| Apr 29/2019 | Lawyer: PTD  0.20 Hrs X 350.00 | Review and analyze correspondence from Trustee regarding Debtor's ongoing default for failure to pay amounts due, strategize regarding course of action to address related case issues and correspondence to Trustee regarding same. | $ - | $ 70.00 |

| Date | Description | Hours/Rate | Task | Cost | Amount |
|---|---|---|---|---|---|
| Apr 29/2019 | Lawyer: PTD | 0.90 Hrs X 350.00 | Draft Motion for Judgment against Debtor due to default under Settlement Order, review pleadings and case file in connection with same and update default calculations. | $ - | $ 315.00 |
| Apr 29/2019 | Lawyer: PTD | 0.20 Hrs X 350.00 | Review and analyze billings to calculate fees and costs incurred in seeking recovery of Transfer and Settlement Amount and prepare summary of same. | $ - | $ 70.00 |
| Apr 29/2019 | Lawyer: PTD | 0.20 Hrs X 350.00 | Prepare Declaration in support of Motion for Judgment against Debtor. | $ - | $ 70.00 |
| Apr 29/2019 | Lawyer: PTD | 0.20 Hrs X 350.00 | Prepare proposed Judgment against Debtor and Notice of Lodging same. | $ - | $ 70.00 |
| Apr 29/2019 | Lawyer: PTD | 0.30 Hrs X 350.00 | Review and amend pleadings for entry of Judgment against Debtor. | $ - | $ 105.00 |
| | | | | $ 60.19 | $ 2,746.50 |

# Exhibit C

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| KATIMA COCHIKA COOK, aka KATIMA COCHIKA LEWIS, | ) Case No. 2:18-bk-01156-PS |
| | ) |
| | ) **JUDGMENT AGAINST KATIMA** |
| Debtor. | ) **COCHIKA COOK** |
| | ) |
| | ) |

The chapter 7 trustee Jill H. Ford ("Trustee"), through her attorneys, Witthoft Derksen, P.C., and debtor Katima Cochika Cook ("Debtor"), through her counsel, having filed a *Joint Motion to Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019* on July 18, 2018 at Docket No. 33 ("Settlement Motion"); the Court having approved the Settlement Motion pursuant to the *Order Approving Joint Motion to Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019* entered on August 14, 2018 at Docket No. 38 (the "Order"); the Trustee having filed the *Trustee's Motion for Entry of Judgment Against Katima Cochika Cook* on April 30, 2019 at Docket No. _ ("Motion"); Debtor having defaulted under the terms of the Order for failure to pay the amounts due to the Trustee, as evidenced by the Motion; and good cause appearing, it is:

**ORDERED, ADJUDGED, AND DECREED** granting Judgment against Katima Cochika Cook in favor of the Trustee as follows:

A. Entering monetary judgment against Katima Cochika Cook in the amount of $6,611.11 plus $2,746.50 for attorneys' fees and $60.19 for costs;

B. The Trustee may record this Judgment in any appropriate county recorder's office;

C. This Judgment is a final Judgment which can be enforced and relied upon according to its terms, and this Court hereby determines that, in accordance with Rule 54(b) of the Federal Rules of Civil Procedure and Bankruptcy Rule 7054, there is no just reason for delay in the entry of this Judgment and this Court expressly directs this Judgment shall be entered immediately and shall be and hereby is a final Judgment of this Court.

**SIGNED AND DATED ABOVE.**